# UNITED STATES DISTRICT COURT

for the

_________ District of _________

_________ Division

USDC- BALTIMORE
'23 AUG 9 PM3:20

Elbert Gaynor
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Calvin Ball, Jacob Day
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 23 cv 2152 MJM
*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Elbert Gaynor |
| Street Address | 5305 Village Center Drive Unit 247 |
| City and County | Columbia Howard County |
| State and Zip Code | Maryland 21044 |
| Telephone Number | 202-734-3688 |
| E-mail Address | Polymathlaw@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Calvin Ball |
| Job or Title *(if known)* | County Executive |
| Street Address | 3430 Court House Drive |
| City and County | Ellicott City Howard County |
| State and Zip Code | Maryland 21043 |
| Telephone Number | 410-313-2013 |
| E-mail Address *(if known)* | cball@howardcountymd.gov |

Defendant No. 2

| | |
|---|---|
| Name | Jacob Day |
| Job or Title *(if known)* | Secretary of Housing & Community Development |
| Street Address | 7800 Harkins Road |
| City and County | Lanham Prince Georges County |
| State and Zip Code | Maryland 20706 |
| Telephone Number | 301-429-7452 |
| E-mail Address *(if known)* | Jake.day@maryland.gov |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 14Th Amendment | American Rescue Plan
Cares Act 133-888 Title V Banking | HR 1319-51
Subtitle A-Emergency Rental Assistance | Subtitle B-Housing Provisions
Sec. 501 Emergency Rental Assistance | Section 3201 Emergency Rental Assistance

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ________________, is a citizen of the State of *(name)* ________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ________________, is incorporated under the laws of the State of *(name)* ________________, and has its principal place of business in the State of *(name)* ________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ________________, is a citizen of the State of *(name)* ________________. Or is a citizen of *(foreign nation)* ________________.

Statement of Claim

A. Events occured in State of Maryland

Plantiff seeks an Injunction Stopping defendants from refusing to accept new applictions to Federal program.

Facts

1. Defendants decided to stop accepting applications
2. Failed to respond to multple request
3. Cares Act and Amercian Resque Plan Act Provide rental asstiance for those who are eligble to recieve it
4. Actions conflict with Plantiffs Federal rights
5. US Treasury authorizes direct Submissions to grantees
6. Wants to lock in ERAP Funding before it's exhausted
7. Intent of ERAP is to prevent Court procedings
8. Creating unnecessary Court proceding, cost and Time

Defendants involvement and violations of Plantiff's rights

1. Defendants are the designated grantees
2. Defendants accepted ERAP Terms as grantees
3. Defendants violated 14th Amendment right
4. Time Frame of Violations 1/23 – Present

B. Date & Time of events Occured 1/23 – Present

C. Facts underlying your claim

Defendant 1

① 3/10/23 Stop accepting applications
② Stated applications were for a limited time
③ required an eviction notice to submit for funding

Defendant 2

① Does not allow direct submissions to ERAP
② no contengency plan for issues with local Government
③ was given incorrect information on numerous occasions

---

Irreperable Injury

① Plantiff would be blocked from taking the shortest route to success
② Wants to lock in on funding before it's exhausted
③ Injunctive relief upholds plantiffs constitutional rights

---

Relief

① Court order to allow plantiff to submitt application to both grantees and recieve ERAP funding
② Plantiff is currently encountering unnecessary court proceedings, cost, and time
③ would like reimbursement of $500.00 for time & travel in relation to unnecessary court proceedings. Steming from 1/23 – present

b. If the defendant is a corporation

The defendant, *(name)* ________________________, is incorporated under the laws of the State of *(name)* ________________________, and has its principal place of business in the State of *(name)* ________________________.
Or is incorporated under the laws of *(foreign nation)* ________________________,
and has its principal place of business in *(name)* ________________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? [illegible]

[illegible]

B. What date and approximate time did the events giving rise to your claim(s) occur?

I have been actively [illegible] 2023

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

[illegible]

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

[illegible]

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/9/23

Signature of Plaintiff: Elbert Gaynor

Printed Name of Plaintiff: Elbert Gaynor

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Street Address ______

State and Zip Code ______

Telephone Number ______

E-mail Address ______