IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ELBERT GAYNOR, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. GLR-23-2152 |
| CALVIN BALL, et al., | * | |
| Defendants. | * | |
| | * | |

\*\*\*

## ORDER

On May 27, 2025, the United States Court of Appeals for the Fourth Circuit issued judgment that this Court erred in failing to docket Plaintiff Elbert Gaynor's Rule 60(b) Motion for Reconsideration and remanded this case for consideration of the Rule 60(b) Motion. (USCA Judgment at 2, ECF No. 41-2). Accordingly, it is on this 28th day of May, 2025, by the United States District Court for the District of Maryland, hereby:

ORDERED that the Clerk shall OPEN this case;

IT IS FURTHER ORDERED that the March 5, 2025 Return Document Order (ECF No. 34) is VACATED;

IT IS FURTHER ORDERED that the April 7, 2025 Return Document Order (ECF No. 37) is VACATED;

IT IS FURTHER ORDERED that the April 8, 2025 Return Document Order (ECF No. 38) is VACATED;

IT IS FURTHER ORDERED that the May 8, 2025 Return Document Order (ECF No. 40) is VACATED;

IT IS FURTHER ORDERED that Gaynor shall FILE his Rule 60(b) Motion for Reconsideration within fourteen (14) days of the date of this Order; and

IT IS FURTHER ORDERED that the Clerk is directed to MAIL a copy of this Order to Gaynor's address on record.

                                                                  /s/
                                        George L. Russell III
                                        Chief United States District Judge